**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| DAVID SULLIVAN )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>NAVIENT SOLUTIONS, INC. f/k/a )<br>SALLIE MAE, INC. )<br>) | Case No.: 1:16-cv-01061-PAB-MEH |

**JOINT MOTION TO STAY AND**
**REFER MATTER TO ARBITRATION**

Plaintiff, David Sullivan, and Defendant, Navient Solutions, Inc., ("NSI") through their respective counsel, hereby request the Court stay this action pursuant to 9 U.S.C. § 3 so that Parties may initiate and proceed in arbitration. In support of the motion, the Parties state:

1. Plaintiff's Complaint alleges NSI violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. in its efforts to collect a certain student loan. (Dkt. 1.)

2. The Promissory Note pertaining to this loan contain and arbitration clause. [Exhibit A]. Pursuant to the terms of this arbitration agreement, Plaintiff has agreed to proceed in arbitration.

3. As such, the Parties respectfully move this Court to issue an Order staying this matter so that the Parties may proceed in arbitration, reserving jurisdiction to enter a final judgment upon an arbitration award.

WHEREFORE, the Parties respectfully request the Court stay this action without prejudice and without costs so that Plaintiff may proceed in arbitration.

Dated:  August 5, 2016.

| | |
|---|---|
| /s/ *Samantha Craig* | /s/ *Brian D. Roth* |
| Samantha Craig, Esq. | Brian D. Roth, Esq. |
| Agruss Law Firm, LLC | Sessions Fishman Nathan & Israel, LLC |
| 4809 N. Ravenswood Ave., Ste 419 | 3850 N. Causeway Blvd., Suite 200 |
| Chicago, IL 60640 | Metairie, Louisiana 70002 |
| Telephone: (312) 224-4695 | Telephone: (504) 828-3700 |
| Facsimile: (312) 253-4451 | Facsimile:  (504) 828-3737 |
| Email: samamtha@agrusslawfirm.com | Email: broth@sessions.legal |
| Attorneys for Plaintiff, | |
| Davis Sullivan | Louis Leonard Galvis, Esq. |
| | Sessions, Fishman, Nathan & Israel |
| | 645 Stonington Lane |
| | Fort Collins, CO  80525-8286 |
| | Telephone: (970) 223-4420 |
| | Facsimile:  (970) 223-4490 |
| | Email: lgalvis@sessions.legal |
| | Attorneys for Defendant, |
| | Navient Solutions, Inc. |