IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01061-PAB-MEH

DAVID SULLIVAN,

    Plaintiff,

v.

NAVIENT SOLUTIONS, INC., f/k/a Sallie Mae, Inc.,

    Defendant.
_____

## MINUTE ORDER
_____

    This matter comes before the Court on the parties' Joint Motion to Stay and Refer Matter to Arbitration [Docket No. 22].  It is hereby

    **ORDERED** that the Joint Motion to Stay and Refer Matter to Arbitration [Docket No. 22]  is granted to the extent that, pursuant to D.C.COLO.LCivR 41.2, this case will be administratively closed.  Either party may move to reopen the case for good cause.  Completion of the arbitration proceeding will constitute good cause.  It is further

    **ORDERED** that, not later than twenty days after completion of the arbitration proceeding, the parties shall file a status report with the Court advising the Court whether they believe the case should be reopened for good cause for any further proceedings in this Court or whether the case may be dismissed.

    DATED November 23, 2016.